## NEGRO CHARLES v. JOHN COCHRAN and RICHARD HODGSON.

Court of Common Pleas. New Castle. May, 1796.

*Rodney's Notes.*

*George Read* [for plaintiff].

John Watster. Robert Maxwell, in 1788, hired Charles of John Cochran, who lived on old Mr. Carnan's place. I always understood he got him of Jacob Ozier, near Drawyers. In February, 1793, Charles left me—I was Maxwell's overseer—and went to Richard Hodgson.

On motion, petitioner [granted] leave to withdraw his petition, not having evidence to support it.